DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOSE LOPEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1170

————————————————

October 15, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Christopher LaBruzzo, Judge.

PER CURIAM.

    Affirmed.

LaROSE, ATKINSON, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.